IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JESUS LEYVA and MARIA LEYVA, §<br>  Plaintiff §<br> § | CIVIL ACTION NO. 3:23-cv-00129 |
| VS. §<br> § | JURY TRIAL DEMANDED |
| HECTOR TORRES and PV HOLDING §<br>CORP., §<br>  Defendants § | |

### DEFENDANT PV HOLDING CORP.'S NOTICE OF REMOVAL

Defendant, PV Holding Corp., files this notice of Removal under 28 U.S.C. § 1446(a).

### Introduction

1. Plaintiffs are Jesus and Maria Leyva.

2. Defendants are Hector Torres and PV Holding Corp.

3. On January 17, 2023, Plaintiffs filed suit against the Defendants in the County Court at Law 7 of El Paso County, Texas.

4. Defendant PV Holding Corp. was served on March 25, 2023 and timely filed its Original Answer on March 29, 2023 and requested a jury trial. Defendant Hector Torres has not been served to date or otherwise made appearance in the state court action.

5. Plaintiffs allege negligence state law causes of action against Defendant Hector Torres.

6. Plaintiffs allege negligence and negligent entrustment state law causes of action against Defendant PV Holding Corp.

7. Defendant PV Holding Corp. timely files this notice of removal within 30 days of service of Plaintiffs' Original Petition.

8. In accordance with the Federal Rules of Civil Procedure and Local Rules for the Western District of Texas, the following documents are being filed contemporaneously with this Notice of Removal:[1]

    (a)    Executed service of process on PV Holding Corp.;

    (b)    Copies of all state court pleadings;

    (c)    Copies of all state court orders (none);

    (d)    State Court docket sheet;

    (e)    JS-44 Civil Cover Sheet and Supplement; and;

    (f)    List of all counsel, with addresses and telephone numbers.

### Basis of Removal

9. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a). Plaintiffs are citizens and residents of El Paso County, Texas. Defendant PV Holding Corp. is a Delaware corporation with its headquarters and principal place of business located in Parsippany—Troy Hills, New Jersey. Defendant Hector Torres is a foreign citizen and resident of Sherbrooke, Quebec, Canada.

---

[1] The documents comprising (a)-(e) are attached as Exhibit "B."

10. Plaintiffs' Original Petition states Plaintiffs are seeking monetary relief of over $1,000,000.00 for their damages.

11. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

12. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

13. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

## Conclusion

14. Complete diversity exists between Plaintiffs and Defendants. The amount in controversy exceeds $75,000.00. For these reasons, Defendant PV Holding Corp. asks the Court to remove the suit to the United States District Court for the Western District of Texas – El Paso Division.

    Respectfully Submitted,

    DONATO, BROWN, POOL & MOEHLMANN

    By: /s/ Aaron Pool
        Aaron Pool
        Attorney-In-Charge
        Fed. Id No.: 12920
        SBN: 16115400
        3200 Southwest Freeway
        Phoenix Tower, Suite 2300
        Houston, Texas 77027-7525
        Phone: 713-877-1112
        Fax: 713-877-1138
        apool@donatobrown.com

**ATTORNEY FOR DEFENDANT PV HOLDING CORP.**

OF COUNSEL:
DONATO, BROWN, POOL & MOEHLMANN
Andrew J. Pratka
Federal ID No. 2200698
SBN 24079159
apratka@donatobrown.com
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
713.877.1112 – Telephone
713.877.1138 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on March 31, 2023, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system, electronic mail, and facsimile transmission.

| | |
|---|---|
| Robert L. Lovett<br>John Aufiero<br>Lovett Law Firm<br>619 Arizona Ave.<br>El Paso, Texas 79902 | Fax: 915-595-4166<br>rlovett@lovettlawfirm.com<br>jaufiero@lovettlawfirm.com |

/s/ *Aaron Pool*
Aaron Pool

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JESUS LEYVA and MARIA LEYVA,  §<br>     Plaintiff  §<br>  §<br>VS.  §<br>  §<br>HECTOR TORRES and PV HOLDING  §<br>CORP.,  §<br>     Defendants  § | CIVIL ACTION NO. 3:23-cv-00129<br><br>JURY TRIAL DEMANDED |

## INDEX OF MATTERS BEING FILED

1. Plaintiffs' Original Petition;

2. Motion for Substituted Service;

3. Order for Substituted Service;

4. Executed service of process on PV Holding Corp.;

5. PV Holding Corp.'s Original Answer;

6. PV Holding Corp.'s Jury Demand;

7. Notice of Court Setting;

8. Docket Sheet and Civil Case Information Sheet from El Paso County District Clerk's Office;

9. JS-44 Civil Cover Sheet and Supplement;

   For Items 1-9 See Exhibit "B."

10. A list of all counsel of record, including addresses, telephone numbers, and parties represented:

**Attorneys for Plaintiffs Jesus and Maria Leyva:**

Robert L. Lovett
TBN: 00791140
rlovett@lovettlawfirm.com
John Aufiero
TBN: 24117786
jaufiero@lovettlawfirm.com
LOVETT LAW FIRM
619 Arizona Ave.
El Paso, Texas 79902
915.757.9999 – Telephone
915.595.4166 – Facsimile

**Attorneys for PV Holding Corp.:**

Aaron Pool
Attorney-In-Charge
Texas Bar No. 16115400
Federal ID No. 12920
apool@donatobrown.com
Andrew J. Pratka
Texas Bar No. 24079159
Federal ID No. 2200698
apratka@donatobrown.com
DONATO, BROWN, POOL & MOEHLMANN
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
713.877.1112 – Telephone
713.877.1138 – Facsimile