IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JESUS LEVYA and MARIA LEYVA,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-129-KC |
| | § | |
| **HECTOR TORRES and** | § | |
| **PV HOLDING CORP.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the above-captioned case. On May 19, 2023, Plaintiffs and Defendant PV Holding Corp. filed a Notice of Settlement ("Notice"), ECF No. 4. The Notice states that "the parties have reached a settlement in this matter." *Id.* at 1. But it is unclear whether the term "the parties" includes Defendant Torres, or only refers to Plaintiffs and PV Holding Corp.

Accordingly, the Court **ORDERS** that Plaintiffs shall **FILE** written notice indicating whether they intend to continue pursuing claims against Defendant Torres **on or before May 29, 2023**.

**IT IS FURTHER ORDERED** that unless the parties submit final closing papers **on or before June 19, 2023,** the Court will dismiss all of Plaintiffs' Claims against PV Holding Corp. without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**SO ORDERED**.

SIGNED this 22nd day of May, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE