# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| JESUS LEYVA and MARIA LEYVA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-129-KC |
| | § | |
| HECTOR TORRES and PV HOLDING CORP., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 9, filed on July 5, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Joint Stipulation, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 6th day of July, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE